**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

Case No. 00-CV-346 ADM/RLE

v.

VOCALTEC COMMUNICATIONS LTD., an Israeli corporation; PHONEFREE.COM INC., a Delaware corporation; E-NET, INC., a Delaware corporation,

Defendants.

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

Case No. 00-CV-1541 ADM/RLE

v.

VOCALTEC COMMUNICATIONS INC.,
a Delaware corporation,

Defendant.

**STIPULATION AND ORDER TO REALIGN CASES**

Pursuant to Rules 19, 20 and 21 of the Federal Rules of Civil Procedure, which grant a district court discretion to realign parties "on such terms as are just," Plaintiff Multi-Tech Systems, Inc. and Defendants VocalTec Communications Ltd. and VocalTec Communications Inc., by their attorneys, hereby stipulate and agree to realign the above-entitled cases. Specifically, the parties agree that VocalTec Communications Ltd. should be dropped as a defendant from Case No. 00-CV-346 ADM/RLE and concurrently added as a defendant to Case No. 00-CV-1541 ADM/RLE.

FILED JUL 3 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

Dated this 28th day of July, 2000.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: [signature]

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Darren B. Schwiebert (#260642)
Jodene Jensen (#277216)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 26th day of July, 2000.

**BOWMAN AND BROOKE LLP**

BY: [signature]

Richard G. Morgan (#157053)
David S. Miller (#239860)
150 South Fifth Street/Suite 2600
Minneapolis, MN 55402-4244
Phone: (612) 339-8682

**BRINKS HOFER GILSON & LIONE, PC**
Allan J. Sternstein
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
(312) 321-4200

**ATTORNEYS FOR VOCALTEC COMMUNICATIONS INC. AND VOCALTEC COMMUNICATIONS LTD.**

**ORDER**

Pursuant to the foregoing Stipulation, defendant VocalTec Communications Ltd. is hereby dropped as a defendant from Case No. 00-CV-346 ADM/RLE and concurrently added as a defendant to Case No. 00-CV-1541 ADM/RLE.

BY THE COURT:

Dated July 31, 2000

Judge Ann D. Montgomery