**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VOCALTEC COMMUNICATIONS INC., and VOCALTEC COMMUNICATIONS LTD.,<br><br>Defendants, | Civil Action No. 00-1541 ADM/RLE<br><br>Judge Anne D. Montgomery<br>Magistrate Judge Raymond Erickson |

**STIPULATION AND ORDER**

WHEREAS, the parties to the above-captioned litigation, by and through their attorneys, previously agreed that the defendants' answers or other responses to the plaintiff's complaint were due on or before September 5, 2000; and

WHEREAS, as a result of a death in the family of one of the defendants' attorneys, counsel were unable to complete the defendants' answers or other responses to the plaintiff's complaint by September 5, 2000.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that the defendants'

SEP 06 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK
Mailed

(12)

answers or other responses to the plaintiff's complaint shall be filed with court, and served by facsimile transmission, on or before September 6, 2000.

Dated: September 5, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Jodene Jensen

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Jodene Jensen (#277216)
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated: September 5, 2000

BOWMAN AND BROOKE LLP

By: /s/ David S. Miller

Richard G. Morgan (#157053)
David S. Miller (#239860)
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682

and

Dated: September 5, 2000

BRINKS, HOFER, GILSON & LIONE

By: [signature]

Allan J. Sternstein
William H. Frankel
Meredith M. Addy
Kent E. Genin
455 North Cityfront Plaza Drive
NBC Tower – Suite 3600
Chicago, Illinois 60611-5599
(312) 321-4200

**ATTORNEYS FOR DEFENDANTS VOCALTEC COMMUNICATIONS INC. and VOCALTEC COMMUNICATIONS LTD.**

**ORDER**

**IT IS HEREBY ORDERED**, pursuant to the foregoing Stipulation, that defendants VocalTec Communications Inc. and VocalTec Communications Ltd. shall file, and serve by facsimile transmission, their answers or other responses to plaintiff Multi-Tech's Complaint on or before September 6, 2000.

Dated: 9/6/00, 2000

[signature]
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE