UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Multi-Tech Systems, Inc.,
a Minnesota Corporation,

Plaintiff,

vs. MINUTE ORDER

VocalTec Communications, Inc.,
a Delaware Corporation,

Defendant. Civ. No. 00-1541 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 9th day of November, 2000.

* * *

On November 8, 2000, the Court heard argument on the Plaintiff's informal Motion to Compel Discovery. At the time of the Hearing, the Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech"), appeared by Misti Nelc and Kevin Conneely, Esqs., and the Defendants VocalTec Communications, Inc. ("VocalTec, Inc."), and VocalTec Communications, Ltd. ("VocalTec, Ltd."), appeared by Alan Sternstein, Esq. We grant the Motion, in part.

Multi-Tech brought this Motion in order to compel VocalTec, Inc., to respond to its Document Requests and Interrogatories. During the Hearing, VocalTec, Inc. agreed to respond to the requests by November 16, 2000. In contrast, Multi-Tech argued that

FILED NOV 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

VocalTec, Inc., should be required to respond to the requests by November 13, 2000. For reasons discussed during the Hearing, VocalTec, Inc., shall respond to the discovery requests by November 16, 2000.

In regard to VocalTec, Ltd., Multi-Tech agreed to allow VocalTec, Ltd. to defer answering its discovery requests, as there is a pending Motion to Dismiss for Lack of Personal Jurisdiction. However, Multi-Tech believes that, if the Motion to Dismiss is denied, VocalTec, Ltd., should be required to respond to the requests within ten days after a decision denying the Motion. In contrast, VocalTec, Ltd., argues that it should have thirty days to respond to the requests, if the Motion to Dismiss is denied. The Court accedes to the parties' proposal to allow VocalTec, Ltd., to defer it responses to the discovery requests; however, if the Motion to Dismiss is not successful, the responses of VocalTec, Ltd., shall be due within twenty days after an Order, that denies the Motion to Dismiss, is filed.[1]

[1]As we stated at the Hearing, we have no reason to believe that VocalTec, Ltd., will no be sued in another Federal venue, if this venue is inappropriate for reasons of personal jurisdiction. Therefore, VocalTec, Ltd., should extend some attention to responding to discovery requests, even though a Motion to Dismiss is pending. Accordingly, we believe that the thirty-day extension, that VocalTech, Ltd., requests, is too long, and the ten days, that Multi-Tech would allow, is too short a period for appropriate responses.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's informal Motion to Compel Discovery is GRANTED, in part, as more fully explained in the text of this Minute Order.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE