**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No. 00-CV-1541 ADM/RLE

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

VOCALTEC COMMUNICATIONS INC.,
a Delaware corporation, VOCALTEC
COMMUNICATIONS LTD., an Israeli
corporation,

Defendants.

**STIPULATION AND ORDER TO AMEND COMPLAINT AND TO MODIFY PRETRIAL ORDER**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendants VocalTec Communications Inc. and VocalTec Communications Ltd. (collectively "VocalTec") stipulate to the following:

1. Multi-Tech may serve and file a First Amended Complaint in the form attached hereto as Exhibit A. In the First Amended Complaint, Multi-Tech asserts that VocalTec infringes one additional patent: U.S. Patent No. 5,790,532 ("the '532 patent").

2. The parties stipulate that the obligations, deadlines and protections outlined in the Pretrial Order, entered on October 17, 2000, shall also apply to VocalTec Communications Ltd.

3. In view of the expanded scope of this case, represented by amendment to add the '532 patent, the Pretrial Order shall be modified further by extending the following discovery deadlines for all parties:

2267737 1

(51)

FEB 1 2 2001

| Description | Present Date | Stipulated Date |
|---|---|---|
| Exchange of Initial Expert Reports | January 25, 2002 | March 25, 2002 |
| Exchange of Rebuttal Expert Reports | February 24, 2002 | April 24, 2002 |
| Close of Discovery | November 19, 2001 | January 21, 2002 |
| Nondispositive Motions and Hearing Completed | June 28, 2002 | August 28, 2002 |
| Dispositive Motions and Hearing Completed | August 30, 2002 | October 30, 2002 |
| Ready for Trial | August 30, 2002 | October 30, 2002 |

4. VocalTec's claim chart regarding the '532 patent shall be served thirty (30) days after the Court enters Multi-Tech's First Amended Complaint.

5. VocalTec's prior art statement shall be served ninety (90) days after the Court enters Multi-Tech's First Amended Complaint.

6. Multi-Tech's prior art statement shall be served thirty (30) days of its receipt of VocalTec's prior art statement.

7. The Pretrial Order shall be modified further to increase the number of interrogatories from 100 to 125, and increase the number of depositions from 20 to 25.

8. To the extent any deadlines set forth in the Pretrial Order are inconsistent with the discovery deadlines set forth above in this Stipulation, all such prior deadlines are superceded.

Dated this 23 day of Jan., 2001.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: ______________________________
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Darren B. Schwiebert (#260642)
Jodene Jensen (#277216)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this ____ day of _________, 2001.

**BOWMAN & BROOKE LLP**
David S. Miller
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402-4244
(612) 672-3209

AND

**BRINKS HOFER GILSON & LIONE**

BY: ______________________________
Allan J. Sternstein
Meredith Martin Addy
NBC Tower
455 North City Front Plaza Drive
Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

**IT IS SO ORDERED.**

Dated this 12 day of February, 2001.

Raymond L. Erickson
United States Magistrate Judge