UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC., a
Minnesota Corporation,

Plaintiff,

v.

VOCALTEC COMMUNICATIONS, INC.,
a Delaware Corporation,

Defendant.

ORDER

Civil No. 00-1541(ADM/RLE)

---

Before the court is a Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, dated March 1, 2001. Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D.Minn. LR1.1(f), and D.Minn. LR72.1(c)(2), the parties were required to file any objections to the Report on or before March 16, 2001. After a review of the files and records herein, and no objections having been filed by the parties IT IS HEREBY ORDERED THAT:

1. The Defendant's Motion for Separate Trials on the Issues of Damages and Willful Infringement (Docket No. 31) is DENIED;

2. The Defendant's Motion to Stay Discovery on Damages and Willfulness (Docket No. 31) is DENIED; and

3. The Plaintiff's Motion to Compel Discovery on Damages (Docket No. 34) is GRANTED.

Dated: March 20, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

MAR 2 0 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK