**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No. 00-CV-1541 ADM/RLE

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

VOCALTEC COMMUNICATIONS INC.,
a Delaware corporation, VOCALTEC COMMUNICATIONS LTD., an Israeli corporation,

Defendants.

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Multi-Tech Systems, Inc. ("Multi-Tech") and Defendants VocalTec Communications, Inc. and VocalTec Communications, Ltd. (collectively, "VocalTec") stipulate as follows:

1. The parties agree that all claims that Multi-Tech has asserted in this case against VocalTec, based on VocalTec's conduct or activities before the Effective Date of the Settlement Agreement between the parties shall be dismissed with prejudice to their re-filing.

2. The parties agree that all claims that VocalTec has asserted in this case against Multi-Tech shall be dismissed without prejudice to their re-filing, except for claims alleging invalidity of Multi-Tech's asserted patents, which are dismissed <u>with prejudice</u> to re-filing in any action after the Effective Date where the allegedly infringing product is VocalTec's Internet Phone product (referring to the product sold by VocalTec under the name "Internet Phone" prior to the Effective Date of this Agreement, as identified in the brochure attached as Exhibit 1

FILED OCT 3 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

(including release 5 and all prior releases), and accused of infringement by Multi-Tech in this action) but are not dismissed with prejudice as applied to any claims brought against any other product of VocalTec, or any of its respective subsidiaries, successors, affiliates or assigns, after the Effective Date of the Settlement Agreement.

Dated this 25th day of October, 2001.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: Kevin D. Conneely

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Misti Nelc (#296090)

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 26th day of October, 2001.

**BOWMAN & BROOKE LLP**

BY: David S. Miller

David S. Miller (#239860)

150 South Fifth Street, Suite 2600
Minneapolis, MN 55402-4244
(612) 672-3209

and

**BRINKS HOFER GILSON & LIONE**

BY: [signature]
Allan J. Sternstein
Meredith Martin Addy
NBC Tower
455 North City Front Plaza Drive
Suite 3600
Chicago, IL 60611-5599
(312) 321-4200

**ATTORNEYS FOR DEFENDANT VOCALTEC COMMUNICATIONS, INC. and VOCALTEC COMMUNICATIONS, LTD.**

**IT IS SO ORDERED.**

Dated this 31st day of October, 2001.

[signature]
Ann D. Montgomery
United States District Judge

VocalTec Communications

# VocalTec Internet Phone® 5

*Award-winning Internet Phone Technology from VocalTec®*




Designed for Microsoft® Windows NT® Windows®95

- *Call PC-to-Phone*
- *Enhanced Audio Quality*
- *Real-Time Video*
- *Community Browser™*

**VocalTec Internet Phone Release 5,** another award-winning product from VocalTec, sets a new standard in Internet telephony software. Enjoy long distance phone conversations with enhanced audio, live-motion video, and a full suite of multimedia features.

Release 5 features the Community Browser™, making it easier than ever to find others around the world with similar interests. And with the new PC-to-Phone feature, you can even call someone from your computer to their plain ol' telephone!

Whether you're calling a family member, business associate or just looking for a new friend in another part of the world, Internet Phone will connect you in ways you never thought possible. Now more than ever, there is no need to worry about long distance—the whole world is as close as your Internet connection!

VocalTec COMMUNICATIONS

EXHIBIT 1

VocalTec Communications

# VocalTec Internet Phone 5

"c|net rates VocalTec Internet Phone as one of the top 5 best Internet products..." – c|net

"VocalTec is the leading maker of Internet telephony products." – Business Week

## Features

*PC-to-Phone Communication:* make calls from your computer to regular telephones around the world. (This requires an additional service provider. Prices will vary and service is subject to availability.)

*Live-Motion Video:* now you can actually see the person you're speaking with. No additional hardware is required to receive video.

*Community Browser* serves as your virtual neighborhood in Cyberspace.

*Voice Mail* lets you get in touch with others who are currently off-line.

*Direct Calling* makes calling as simple as entering an e-mail address.

*Caller ID, Call Waiting and Call Screening* offer all of the amenities of a full-featured phone.

*Full-Duplex Capability* enables users to carry on real-time, two-way conversations.

*Standards-based:* support for H.323, the international standard for Internet audio and video communications.

*Whiteboarding* lets you share and edit documents, photos, and drawings with other users.

*Audio Conferencing Support:* talk with up to 100 people using the VocalTec Conference Server™.

*File Transfer* makes exchanging files as simple as pointing and clicking a mouse.

*Text Chat* lets your fingers do the talking.

## System Requirements

- Pentium® 75MHz PC or higher
- 16 MB RAM
- Windows® 95 or Windows NT® 4.0
- Windows compatible sound card
- To send video: A parallel port camera or a video camera with a standard Windows compatible video capture device.
- To receive video: No special video equipment is required
- Microphone and speakers

## Main User Interface



VocalTec Internet Phone is more than just a regular phone, it's a multimedia communications tool.

Connect with others over the Internet using voice, video and data—all in real-time!

info@vocaltec.com

VocalTec COMMUNICATIONS

www.vocaltec.com

VocalTec Communications Ltd.
1 Maskit Street
Herzliya, Israel 46733
Phone: +972 9-970-7777
Fax: +972 9-956-1867

VocalTec Communications Inc.
One Executive Drive, Suite 320
Fort Lee, NJ 07024-3393 USA
Phone: +1 201-363-1313
Fax: +1 201-363-8986

VocalTec Communications UK Ltd.
The Forge, Grange Court, Grange Rd.
Tongham, Surrey, UK GU10 1DW
Phone: +44 1252-783-500
Fax: +44 1252-783-511

VocalTec Communications Japan KK
Hanzomon KD Building 3F
1-8-9 Hirakawacho, Chiyoda-ku
Tokyo, 102-0093 Japan
Phone: +81-3-5215-1572
Fax: +81-3-5215-1573

©1999 VocalTec Communications Ltd. All rights reserved. VocalTec®, VocalTec Internet Phone®, VocalTec Internet Phone® Lite™, VocalTec Ensemble Architecture™, VocalTec Telephony Gateway™, VocalTec Gatekeeper™, VocalTec Network Manager™, VocalTec Conference Server™, VocalTec Communication Client™, PASSafAX™, VocalTec Surf&Call™ and VocalTec Surf&Call Center™ are trademarks or registered trademarks of VocalTec Communications Ltd. All other trademarks and registered trademarks are the property of their respective owners.